UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 22-21732-CIV-MORENO

FERNANDO SIERRA,

        Plaintiff,

vs.

RHINO CONTAINERS LLC and WILFREDO
TEJEDA, SR.,

        Defendants.
_____/

## **DEFAULT FINAL JUDGMENT AGAINST RHINO CONTAINERS, LLC AND CONTINUANCE OF TRIAL AS TO TEJEDA**

THIS CAUSE came before the Court at the previously set trial on Monday, August 28, 2023. Defendant Rhino Containers, LLC, a corporation, has failed to obtain counsel, and the Court enters a final default judgment against the corporate defendant.

Defendant Wilfredo Tejeda, Sr. appeared in trial without counsel nor a Spanish interpreter, which he needs. The undersigned conducted a settlement conference on this Fair Labor Standards Act case. However, the Parties did not reach an agreement. The Court continues the trial to **the two-week period of October 10, 2023**.

As ordered in open court, Defendant Tejeda has no later than **noon September 28, 2023** to notify the Court in writing whether he intends to file for individual bankruptcy or bankruptcy for his defaulted corporation, defend himself using his own interpreter in the instant case, or settle with Plaintiff. If Mr. Tejeda does not notify the Court by that date, the undersigned will enter a recusal order, as he does accept *pro se* cases, and the Clerk of Court will randomly assign the case to an active district judge.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 of August, 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Defendant Wilfredo Tejeda, Sr.
3525 Northwest 107th Street
Miami, Florida 33167
Phone: (786) 365-4656
Email: contact@rhinocontainers.net